UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA                    **Consent Order of Restitution**
        v.

DONNA MURRAY,
        Defendant.                           23 Cr. 244 (PAE)

---

Upon the application of the United States of America, by its attorney, Damian Williams,
United States Attorney for the Southern District of New York, Jerry J. Fang, Assistant United
States Attorney, of counsel; the presentence investigation report; the defendant's conviction on
Count One of the Information; and all other proceedings in this case, it is hereby ORDERED that:

### 1.   Amount of Restitution

DONNA MURRAY, the defendant, shall pay restitution in the total amount of
$488,177.24, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the victims of the offense charged in
Count One. The names, addresses, and specific amounts owed to each victim are set forth in the
Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's
Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the
new address without further order of this Court.

#### A.   Joint and Several Liability

Restitution is not joint and several with other defendants or with others not named herein.

#### B.   Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(j)(1), restitution shall first be paid to the victim of the offense
of conviction, and once that sum is satisfied, then the remaining sum shall be paid to the victim's
insurer in the amount of compensation it provided to the victim as set forth in the Schedule of
Victims, attached hereto as Schedule A.

## 2.   Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows.

The total amount of restitution is due and payable immediately upon entry of judgment. While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). In the interest of justice, pursuant to 18 U.S.C. § 3572(d)(1) and (2), any unpaid amount remaining upon release from prison will be payable in installments of at least 10 percent of the defendant's gross income, payable on the first of each month. This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

## 3.   Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.   Checks   and   money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.  The defendant shall write her name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim(s), the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          9/25/23
Jerry J. Fang                          DATE
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637-2584

DONNA MURRAY

By: _____          9/26/23
Donna Murray                           DATE

By: _____          9/26/23
Robert Brown, Esq.                     DATE
14 Wall Street, 20th Floor
New York, NY 10005
Tel: 212-766-9779

SO ORDERED:

_____               9/27/2023
HONORABLE PAUL A. ENGELMAYER           DATE
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – SEALED SCHEDULE OF VICTIMS**